IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DEXTWON LAMAR JONES,                     *

           Plaintiff,                    *

v.                                           Case No. 5:26-CV-00247-TES-AGH

                                   *

WARDEN NANCY LAWSON, et al,

                                   *

           Defendants.                   *

                                   *

## J U D G M E N T

Pursuant to this Court's Order dated June 22, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 22nd day of June, 2026.

                               David W. Bunt, Clerk


                               s/ Angelica E. Niccolai, Deputy Clerk